On appellant's and respondents' stipulation to remand case to trial court dated July 15, reversed and remanded September 10, 2003

Ryan Patrick THOMAS,
*Appellant,*

*v.*

OREGON STATE POLICE;
Ron Martin; Tim Fox; City of Seaside;
Steve Barnett; DOE Seaside Police Officers;
Clatsop County; Teresa Korhonen; Kenneth McCoy;
and DOE Clatsop County Deputy Sheriffs,
*Respondents.*

01-2079; A118410

75 P3d 919

Janet M. Schroer and Hoffman, Hart & Wager, LLP, Michael C. Livingston and Oregon Attorney General, and Jess M. Glaeser for stipulation.

Before Brewer, Presiding Judge, and Wollheim, Judge, and Kistler, Judge pro tempore.

PER CURIAM

Reversed and remanded. *Neff v. Jackson County*, 187 Or App 402, 67 P3d 977 (2003).